Certificate Number: 01401-PAE-DE-025129170

Bankruptcy Case Number: 15-10751



01401-PAE-DE-025129170

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 5, 2015</u>, at <u>2:44</u> o'clock <u>PM EST</u>, <u>Sarai Cartagena</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>March 5, 2015</u>          By:     <u>/s/Jeremy  Lark</u>

Name:   <u>Jeremy  Lark</u>

Title:    <u>FCC Manager</u>