IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                    :        CHAPTER 13
                         :
Sarai Cartagena          :        No.   15-10751-mdc
        Debtor

O  R  D  E  R

AND NOW, this   29th    day of        June    , 2018, it is

hereby Ordered that the Wage Order in effect in the above

captioned matter be TERMINATED.


_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE



cc:

William C Miller, Trustee

David M. Offen, Esquire

Sarai Cartagena

Payroll Controller
MAT Bus Corp.
3101 Orthodox Street
Philadelphia, PA 19137