United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sarai Cartagena  
     Debtor

Case No. 15-10751-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 2     Date Rcvd: Sep 19, 2018  
     Form ID: 138NEW     Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.

```
db           +Sarai Cartagena,   1128 East Tioga Street,   Philadelphia, PA 19134-1431
cr            Wells Fargo Bank, N.A., Default Document Processin,   N9286-01Y, 1000 Blue Gentian Road,
              Eagan, MN  55121-7700
13551266    ++AARON S INC,   PO BOX 100039,   KENNESAW GA 30156-9239
             (address filed with court:  Aaron's, Inc.,   2800 Canton Road, Suite 900,   Marietta, GA  30066)
13467812     +Aaron's 2506425135,   3451 Aramingo Ave,   Philadelphia, PA 19134-4530
13467813     +Aarons Lease/Purcbase,   3451 Aramingo Avenue,   Philadelphia, PA 19134-4530
13467814    #+Aetna,   P.O. Box 937,   Blue Bell, PA 19422-0019
13467815     +Beneficial/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
13467816     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13467817     +Citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
13467819     +Comcast,   11400 Northeast Avenue,   Philadelphia, PA 19116-3498
13467837    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court:  Webbank/Dfs,   1 Dell Way,   Round Rock, TX 78682)
13467822     +G C Services,   6330 Gulfton St Ste 400,   Houston, TX 77081-1108
13467823     +GC Services Limited Partnership,   6330 Gulfton,   Houston, TX 77081-1198
13467824     +KML Law Group,   Suite 5000 - Mellon Independence Ctr.,   701 Market Street,
              Philadelphia, PA 19106-1538
13467826      Mercantile Adjsutment Bureau LLC,   P.O. Box 9016,   Buffalo, NY 14231-9016
13467827      Mercantile Adjustment Bureau LLC,   P.O. Box 9016,   Buffalo, NY 14231-9016
13467828     +Northeastern Title Loans,   1502  North Dupont Highway,   New Castle, DE 19720-1902
13550416     +Northeastern Title Loans,   3440 Preston Ridge Rd, Ste 500,   Alpharetta, GA 30005-3823
13467829     +Northeastern Title Loans LLC,   1502 North DuPont Hwy,   New Castle, DE 19720-1902
13467831      PGW,   P.O. Box 11700,   Newark, NJ 07101-4700
13551164     +PNC Bank, National Association,   Attn: Bankruptcy Department,   3232 Newmark Drive,
              Miamisburg, OH 45342-5421
13467832     +Pnc Mortgage,   6 N Main St,   Dayton, OH 45402-1908
13467833     +Ramon Lozado,   3218 North 5th Street,   Philadelphia, PA 19140-5612
13467838     +Wells Fargo Bank Nv Na,   Po Box 31557,   Billings, MT 59107-1557
13532916      Wells Fargo Bank, N.A.,   Home Equity Group,   1 Home Campus X2303-01A,
              Des Moines, IA 50328-0001
13467839     +Wff Cards,   3201 N 4th Ave,   Sioux Falls, SD 57104-0700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: megan.harper@phila.gov Sep 20 2018 02:29:48    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2018 02:29:11
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 20 2018 02:29:28    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13467818      E-mail/Text: megan.harper@phila.gov Sep 20 2018 02:29:47    City of Philadelphia,
              Dept. of Revenue,   P.O. Box 41496,   Philadelphia, PA 19101-1496
13565907      E-mail/Text: megan.harper@phila.gov Sep 20 2018 02:29:47    City of Philadelphia,
              Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13467820      E-mail/Text: Bankruptcy.Consumer@dish.com Sep 20 2018 02:29:15    Dish Network,   Dept 0063,
              Palatine, IL 60055-0063
13467821     +E-mail/Text: bknotice@ercbpo.com Sep 20 2018 02:29:18    Enhanced Recovery Co L,
              8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13505879     +E-mail/Text: bankruptcy@sccompanies.com Sep 20 2018 02:30:07    Ginny's,
              c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
13546867      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2018 02:39:11
              LVNV Funding, LLC its successors and assigns as,   assignee of Citibank (South Dakota),,
              N.A.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13467825     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2018 02:39:12    Lvnv Funding Llc,
              Po Box 740281,   Houston, TX 77274-0281
13467830     +E-mail/Text: bankruptcygroup@peco-energy.com Sep 20 2018 02:28:50    PECO,
              2301 Market Street,   Philadelphia, PA 19103-1380
13506843     +E-mail/Text: bankruptcygroup@peco-energy.com Sep 20 2018 02:28:50    PECO Energy Company,
              Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13467834     +E-mail/Text: bankruptcy@sccompanies.com Sep 20 2018 02:30:07    Seventh Avenue,   1112 7th Ave,
              Monroe, WI 53566-1364
13504781     +E-mail/Text: bankruptcy@sccompanies.com Sep 20 2018 02:30:07    Seventh Avenue,
              c/o Creditors Bankruptcy Service,   P O Box 800849,   Dallas, TX 75380-0849
13467835      E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Sep 20 2018 02:29:22
              State Farm Payment Plan,   P.O. Box 830854,   Birmingham, AL 35283-0854
13467836     +E-mail/Text: megan.harper@phila.gov Sep 20 2018 02:29:48    Water Revenue Bureau,
              1401 JFK Blvd,   Philadelphia, PA 19102-1663
                                                                                             TOTAL: 16
```

```
District/off: 0313-2              User: YvetteWD              Page 2 of 2                   Date Rcvd: Sep 19, 2018
                                  Form ID: 138NEW             Total Noticed: 42
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13467840*      +Wff Cards,   3201 N 4th Ave,   Sioux Falls, SD 57104-0700
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Sarai  Cartagena dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sarai Cartagena
     Debtor(s)

Bankruptcy No: 15−10751−mdc
Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/19/18

60 − 59
Form 138_new